UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>       PLAINTIFF<br><br>v.<br><br>HOUCHENS FOOD GROUP, INC. D/B/A HOMETOWN IGA,<br>       DEFENDANT | CIVIL ACTION NO.<br>6:22-cv-00235-REW-HAI |

## ANSWER TO COMPLAINT

Comes the defendant, Houchens Food Group, Inc. d/b/a Hometown IGA (hereinafter "HFG"), by counsel, and for its ANSWER to the Complaint of plaintiff, states as follows:

1. The Complaint fails to state a claim against HFG upon which relief could be granted, and should therefore be dismissed, with prejudice.

2. Each and every allegation of the Complaint not hereafter specifically admitted to be true, is denied.

3. HFG denies the allegation of the Complaint titled NATURE OF THE ACTION.

4. HFG denies the allegations of paragraphs 1, 2, 3, 12, 13, 14, 15, and also denies that the plaintiff is entitled to the relief as set forth in the prayer for relief.

5. HFG admits the allegations of paragraphs 4, 5 and 6 of the Complaint.

6.    HFG admits so much of paragraph 7 of the Complaint as infers that the Commission issued a LETTER OF DETERMINATION, but HFG denies that there was reasonable cause to believe there had been discrimination.

7.    HFG admits so much of paragraph 8 as infers that the Commission invited HFG to conciliate, but HFG denies any discrimination or unlawful employment practices.

8.    HFG admits so much of paragraph 9 as infers that the parties tried to settle the administrative claim and HFG negotiated in good faith, but HFG denies any discriminatory practices.

9.    HFG admits so much of paragraph 10 as infers that the parties were unable to reach any settlement of the underlying administrative action.

10.    HFG admits so much of paragraph 11 as infers that the Commission issued a notice of failure of conciliation, but HFG denies any discriminatory practices.

11.    HFG affirmatively pleads as follows:

(a)    At all times relevant hereto, HFG was and has been and currently is an equal employment opportunity employer, that does not discriminate based upon religious beliefs;

(b)    HFG denies that Matthew Barnett held deeply religious beliefs, and/or that Barnett expressed that he had any deeply held religious beliefs;

(c)    The applicable statute of limitations;

(d)    Laches;

(e)    Estoppel; and

(f)    The Administrative Procedures Act.

WHEREFORE, defendant, Houchens Food Group, Inc. d/b/a Hometown IGA, respectfully demands as follows:

1. That the Complaint of plaintiff be dismissed, with prejudice;

2. For its costs herein expended, including a reasonable attorneys fee; and

3. For any and all other relief to which this defendant may be entitled.

This 6th day of January, 2023.

        TIMOTHY L. EDELEN
        BELL, ORR, AYERS & MOORE, PSC
        1010 COLLEGE STREET
        P. O. BOX 738
        BOWLING GREEN, KY 42102-0738
        PHONE:  (270) 781-8111
        FAX:       (270) 781-9027
        EMAIL:   edelen@boamlaw.com

        /s/Timothy L. Edelen
        _____
        Counsel for Defendant
        Houchens Food Group, Inc. d/b/a
        Hometown IGA

This is to certify that the foregoing has this day
been electronically filed with the Clerk of the Court
by using the CM/ECF system, which will send notice of
electronic filing to:

Kenneth W. Brown
Equal Employment Opportunity Commission
Louisville Area Office
600 Martin Luther King, Jr. Place, Suite 268
Louisville, KY 40202-2285
***kenneth.brown@eeoc.gov***
COUNSEL FOR PLAINTIFF

with mailed copy to:

Gwendolyn Young Reams
Equal Employment Opportunity Commission
131 M. Street, NE
Washington, DC 20507
COUNSEL FOR PLAINTIFF

Christopher Lage
Equal Employment Opportunity Commission
131 M. Street, NE
Washington, DC 20507
COUNSEL FOR PLAINTIFF

Kenneth L. Bird
Equal Employment Opportunity Commission
101 West Ohio St, Ste 1900
Indianapolis, IN 46204
COUNSEL FOR PLAINTIFF

Nancy Dean Edmonds
Equal Employment Opportunity Commission
101 West Ohio St, Ste 1900
Indianapolis, IN 46204
COUNSEL FOR PLAINTIFF

This 6th day of January, 2023.

/s/Timothy L. Edelen
_____
Counsel for Defendant