UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    PLAINTIFF<br><br>v.<br><br>HOUCHENS FOOD GROUP, INC. D/B/A HOMETOWN IGA,<br>    DEFENDANT | CIVIL ACTION NO.<br>6:22-cv-00235-REW-HAI |

## MOTION FOR WITHDRAWAL OF ATTORNEY KENNETH BROWN

Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), hereby moves the Court to withdraw the appearance of Kenneth Brown on behalf of Plaintiff EEOC, and states in support:

1. Kenneth Brown retired as a trial attorney for the EEOC effective January 30, 2024;

2. Attorney Brown did not file a notice of withdrawal under LR 83.6 prior to his retirement;

3. Attorney Brown is no longer employed by the government and is no longer engaged in the practice of law;

4. The EEOC brings this motion to satisfy the need for Attorney Brown's withdrawal as counsel of record for the EEOC;

5. The declaration of Nancy Dean Edmonds, Assistant Regional Attorney for the EEOC's Indianapolis District, confirming Attorney Brown's retirement is filed contemporaneously.

6. Kathleen Bensberg, whose appearance was previously entered, continues to represent the EEOC.

Dated: March 12, 2024

Respectfully submitted,
s/*Kathleen Bensberg*_____
Kathleen Bensberg
U.S. Equal Employment Opportunity Commission
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
Kathleen.bensberg@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, the foregoing was electronically filed. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system Timothy L. Edelen

    Bell, Orr, Ayers & Moore, PSC
    edelen@boamlaw.com
    *Attorney for Defendant*

                                        *s/Kathleen Bensberg*
                                        Kathleen Bensberg

5