UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| EQUAL EMPLOYEE OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUCHENS FOOD GROUP, INC., )<br>)<br>Defendant. ) | No. 6:22-CV-235-REW-HAI<br><br>ORDER |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff EEOC, through counsel, has filed a motion to withdraw Kenneth Brown as attorney of record. Mr. Brown has retired from the EEOC, is no longer employed by the government, and no longer engages in the practice of law. The EEOC is also represented by Kathleen Bensberg. The motion being compliant with Joint Local Civil Rule 83.6**, IT IS HEREBY ORDERED THAT** the motion (D.E. 20) is **GRANTED** and Mr. Brown is withdrawn as counsel of record.

This the 13th day of March, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1